# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*MEMORANDUM OF LAW IN SUPPORT OF*
*3M'S MOTION FOR PRELIMINARY*
*INJUNCTION*

3M Company and 3M Innovative Properties
Company,

                Plaintiffs,

v.                                            Case Number: *0:10-cv-02630 (MJD/FLN)*

Avery Dennison Corporation,

                Defendant.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*MEMORANDUM OF LAW IN SUPPORT OF 3M'S MOTION FOR PRELIMINARY INJUNCTION*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
     (Document number of redacted version: ___ )

_X_ Other (description): Permission to file under seal was granted by Magistrate Judge Noel on July 28, 2010.

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this

Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).