UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| 3M COMPANY and<br>3M INNOVATIVE PROPERTIES COMPANY | Civil Action 10-cv-2630 MJD/FLN |
| Plaintiffs, | |
| v. | |
| AVERY DENNISON CORPORATION, | |
| Defendant. | |

---

**AVERY DENNISON'S *DAUBERT* MOTION TO PRECLUDE THE TESTIMONY OF MARY JO ABLER**

---

Avery Dennison Corporation hereby moves the Court for an Order precluding Mary Jo Abler from providing opinions or testimony in support of Plaintiff's motion for preliminary injunction. This motion is based on Federal Rule of Evidence 702, the accompanying Memorandum in Support, the Declaration of Kurt J. Niederluecke, the arguments of counsel, and all of the files, records, and proceedings herein.


DATED: September 10, 2010        By:  s/Kurt J. Niederluecke
                                      Kurt J. Niederluecke
                                      Lora M. Friedemann
                                      FREDRIKSON & BYRON, P.A.
                                      200 South Sixth Street, Suite 4000
                                      Minneapolis, Minnesota 55402-1425
                                      (612) 492-7000 (tel.)
                                      (612) 492-7077 (fax)

1

2

Charles K. Verhoeven
David L. Bilsker
Christopher E. Stretch
James E. Baker
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600 (tel.)
(415) 875-6700 (fax)

*Attorneys for Defendant Avery
Dennison Corporation*

4801448_1.DOC