UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-2630 (MJD/FLN)

3M Company, et al.,

                           Plaintiffs,           **ORDER**

v.

Avery Dennison Corporation,

                           Defendant.

---

      Defendant filed a Letter Brief with the Court [Doc. #63] requesting the hearing on the Motion for Preliminary Injunction [Doc. #9] and Motion to Exclude [Doc. #34] be postponed to a later date. This request is DENIED. The hearing scheduled for Friday, November 12, 2010 at 9:00 a.m. shall remain on the Court Calendar. Parties shall note that other motion hearings are scheduled for the same time frame, so parties shall be prepared to be in Court all morning. A total time of 1 hour (30 minutes per side) has been set aside for these two motions.

Dated: October 28, 2010                        s/Michael J. Davis
                                                    Honorable Michael J. Davis
                                                    Chief United States District Court Judge